UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-33847 |
|---|---|
| WYNETTA L. HARRISON | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976189**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 7 | MASTERCARD<br>BOX 77044<br>MADISON, WI  53707 | 204.10 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service      05-33847

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| WYNETTA L. HARRISON | KRISTIN RADWANICK | (14.1n) |
| --- | --- | --- |
| 4154 MELGROVE AVE. | 40 W FOURTH STREET | B FIRST LLC |
| DAYTON, OH  45416 | SUITE 525 | MAIL STOP 550 |
|  | DAYTON, OH  45424 | 2101 FOURTH AVENUE SUITE 1030 |
|  |  | SEATTLE, WA  98121 |

(7.1)
MASTERCARD
BOX 77044
MADISON, WI  53707

        Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____    cs